717 A.2d 405

IN THE MATTER OF MERIDITH P. SOLVIBILE,
AN ATTORNEY AT LAW.

September 23, 1998.

### ORDER

The Disciplinary Review Board on July 28, 1998, having filed with the Court its decision concluding that **MERIDITH P. SOL-VIBILE** of **PHILADELPHIA, PENNSYLVANIA,** who was admitted to the bar of this State in 1995, should be suspended from the practice of law for a period of six months for violating *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit, or misrepresentation); and good cause appearing;

It is ORDERED that **MERIDITH P. SOLVIBILE** is hereby suspended from the practice of law for a period of six months and until further Order of the Court, effective immediately; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of her suspension and that she comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.